IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARILYN ELIZABETH HOWARD,** *et al.*, | * | |
| Plaintiffs, | * | |
| | | **Civil Action No. RDB-18-3296** |
| v. | * | |
| **OCWEN LOAN SERVICING, INC.,** *et al.*, | * | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

The Defendants have filed a Motion to Dismiss Plaintiffs' Amended Complaint with Prejudice. (ECF No. 25.) The Plaintiffs, proceeding *pro se*, received a Rule 12/56 Notice, advising them of their right to file a response to the Defendants' Motion to Dismiss within seventeen days, and if they did not file a written response, the Court would resolve the case based on the materials submitted by the Defendants. (ECF No. 26.)

On October 31, 2019, Plaintiffs filed a letter that did not address Defendants' arguments for dismissal, but instead sought sanctions against Defendants' attorney for vexatious litigation in bringing the Motion to Dismiss. (ECF No. 27.) Finding no merit to Plaintiffs' assertions, and Plaintiffs having failed to address Defendants' bases for dismissal, it is HEREBY ORDERED THIS 13TH DAY OF APRIL that:

1. Defendants' Motion to Dismiss the Amended Complaint with Prejudice (ECF No. 25) is GRANTED;

2. The Clerk of this Court SHALL CLOSE THIS CASE; and

3. The Clerk of the Court shall transmit a copy of this Order and accompanying Memorandum Opinion to counsel of record.

                                                            /s/
                                        Richard D. Bennett
                                        United States District Judge